# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2928

United States of America

Appellee

v.

Gary Heckel

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cr-50141-JLV-1)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the District of South Dakota is hereby appointed to continue to represent the above-named appellant in all matters pertaining to this action before this Court.

August 24, 2023

Order Entered under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans