No: 23-2928

United States of America

Appellee

v.

Gary Heckel

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cr-50141-JLV-1)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until November 16, 2023 to file the brief.

October 19, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans