No: 23-2928

United States of America

Appellee

v.

Gary Heckel

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cr-50141-JLV-1)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until April 12, 2024 to file the brief. No further extensions will be granted.

March 21, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans