# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2928

United States of America

Plaintiff - Appellee

v.

Gary Heckel

Defendant - Appellant

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cr-50141-JLV-1)

**JUDGMENT**

Before COLLOTON, Chief Judge, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 04, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Maureen W. Gornik