# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2928

United States of America

Appellee

v.

Gary Heckel

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cr-50141-JLV-1)

---

**MANDATE**

In accordance with the opinion and judgment of June 4, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 25, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit